1  MOHAJERIAN INC.
   AL MOHAJERIAN, CSBN 182013
2  MICHAEL T. SMITH, CSBN 170522
3  1925 Century Park East, Suite 350
   Los Angeles, California 90067
4  Tel: (310) 556-3800/Fax: (310) 556-3817
5  al@mohajerian.com

6
   Attorneys for defendants YellowPages.travel, LLC
7  and Bobby Kalili and counterclaimant YellowPages.travel, LLC

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  AT&T Intellectual Property II, L.P., | CASE NO.: CV 09-05707 PSG (PJWx) |
| 12  Yellow Pages.com, LLC, d/b/a AT&T Interactive, and YellowPages.com, Inc. | Hon. Philip S. Gutierrez |
| 13           Plaintiffs, | Court Room: 790 |
| 14       v. | |
| 15  Toll Free Yellow Pages Corp., YellowPages.travel, LLC, Internet Labz, | DEFENDANTS BOBBY KALILI AND YELLOWPAGES.TRAVEL, |
| 16  Inc., Yellow Pages Corporation, Bobby Kalili, and Michael Thompson, and | LLC'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR |
| 17  DOES 1 to 10, inclusive, | HEARING ON MOTION TO |
| 18 | VACATE OR MODIFY |
| 19           Defendants, | PRELIMINARY INJUNCTION IN ORDER TO PREVENT |
| 20  YellowPages.travel, LLC, a Nevada | IRREPARABLE HARM TO |
| 21  limited liability company, | DEFENDANTS |
| 22           Counterclaimant, | |
| 23       v. | [Filed Concurrently with Defendants' Notice of Motion and Memorandum of |
| 24  AT&T Intellectual Property II, L.P., Yellow Pages.com, LLC, d/b/a AT&T | Points and Authorities, Declaration of |
| 25  Interactive, and YellowPages.com, Inc. Counter-defendants. | Bobby Kalili, [Proposed] Order] |
| 26 | DATE: NOVEMBER 30, 2009 |
| 27           Counter-defendants. | COURT ROOM: 790 |
| 28 | |

- 1 -

**TO THE HONORABLE COURT IN THE ABOVE ENTITLED ACTION AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 30, 2009**, or as soon thereafter as counsel may be heard in Court Room 790 of the above-entitled court located at 255 East Temple Street, Los Angeles, California 90012, Defendants Yellowpages.travel, LLC and Bobby Kalili ("Defendants"), shall apply and hereby do apply *ex parte* for an order shortening time for hearing on Defendants' motion to vacate or modify the preliminary injunction against Defendants to preserve the status quo prior to trial and to vacate or modify the preliminary injunction to make it consistent with current Ninth Circuit Court of Appeals case law which has previously held the that the "YELLOW PAGES" mark is generic.

Defendants apply *ex parte* to have their Motion to vacate or modify the Preliminary Injunction heard on **December 14, 2009, at 1:30 p.m.**, the same date as Plaintiffs' OSC re Contempt, or alternatively, on December 21, 2009, at 1:30 p.m. on a regularly noticed motion filed concurrently herewith.

**Order requested:** Defendants request an order shortening time for a hearing on its motion to vacate or modify the preliminary injunction so that it can be heard on **December 14, 2009 at 1:30 p.m.** in Court Room 790, the same date as Plaintiffs' OSC re Contempt.

-2-

*EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO VACATE/ MODIFY PRELIMNARY INJUNCTION
Z:\files\326.091\2\326.091.2.25.doc

**Legal Authority:** One of the primary purposes of a preliminary injunction is to <u>preserve the status quo.</u> (See *Chalk v. United States Dist. Ct. Cent. Dist. Of Calif.* 840 F.2d 701, 704 (9th Cir. 1988); See also *Sierra On-Line, Inc. v. Phoenix Software, Inc.*, 739 F.2d 1415, 1422 (9th Cir. 1984) – "A preliminary injunction, of course, is not a preliminary adjudication on the merits, but rather a device for preserving the status quo and preventing the irreparable loss of rights before judgment.") Defendants request that the preliminary injunction be vacated or modified to preserve the status quo prior to trial to prevent the irreparable harm to the good will in Yellowpages.travel, LLC's start-up internet business that would result if Plaintiffs' preliminary injunction were permitted to remain in force. (See *Rent-A-Center, Inc. v. Canyon Television & Appliance*, 944 F.2d 597, 603 (9th Cir. 1991) - damage to the goodwill of a business is often difficult to calculate, thus supporting a finding of irreparable injury.)

**Good Cause:** Good cause exists to grant Defendants' *ex parte* application. Plaintiffs are not entitled to a preliminary injunction at this early stage of the proceedings because the balance of equities does not favor enforcing the injunction against Defendants and because there are substantial defenses to Plaintiffs' claims permitting Defendants' use, including that the Ninth Circuit has previously held that the "YELLOW PAGES" trademark is either a "generic mark or the feeblest of

- 3 –

descriptive marks." [See *Filipino Yellow Pages, Inc. v. Asian Journal Publications, Inc.* 198 F.3d 1143, 1147-1148 (9th Cir. 1999) – "yellow pages is a generic term and "Filipino Yellow Pages" is either generic or "the feeblest of descriptive marks; See *AmCan Enterprises, Inc. v. Renzi,* 32 F. 3d 233, 234 (7th Cir. 1994) – "Yellow pages has become generic for a local business directory alphabetized by product or service;" See also *U.S. West, Inc. v. BellSouth Corp.* 18 U.S.P.Q. 2d 1307 (T.T.A.B. 1990) – "yellow pages conceded to be generic term.)   The term "yellow pages" has been found to be a generic term for "a local business telephone directory alphabetized by product or service." [See *AmCan Enters., Inc. v. Renzi,* 32 F.3d 233, 234 (7th Cir. 1994).]

**Local Rule 7-19 compliance:**   Pursuant to U.S. District Court, Central District of California Local Rule 7-19:

Plaintiffs are represented by Jennifer Lantz, Esq., Steven M. Levitan, Esq., Inchan Kwon, Esq., Haynes and Boone, LLP, 2033 Gateway Place, Suite 400, San Jose, CA 95110, Telephone: (408) 660-4121, Email: jennifer.lantz@haynesboone.com.

This *Ex Parte* Application is based upon this Application and [Proposed] Order, the concurrently filed Notice of Motion and Memorandum of Points and Authorities, the concurrently filed Declaration of Bobby Kalili, the exhibits filed in

support of Defendants' Opposition to OSC re Contempt and Motion to Vacate or Modify the Injunction, and any and all matters upon which this Court may or must take judicial notice and upon the complete file and records in this action.

Attached hereto as **Exhibits "A" and "B"** are the [Proposed] Order and a true and correct copy of the letter to Plaintiffs' counsel providing notice of this *ex parte* application.

*Respectfully submitted,*

**MOHAJERIAN INC.**

DATED: November 30, 2009          By:   /S/ AL MOHAJERIAN
                                        AL MOHAJERIAN
                                        MICHAEL T. SMITH
                                        Attorneys for defendants
                                        YELLOWPAGES.TRAVEL, LLC and
                                        BOBBY KALILI and counterclaimant
                                        YELLOWPAGES.TRAVEL, LLC