MOHAJERIAN INC.
AL MOHAJERIAN, CSBN 182013
MICHAEL T. SMITH, CSBN 170522
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817
al@mohajerian.com

Attorneys for defendants YellowPages.travel, LLC
and Bobby Kalili and counterclaimant YellowPages.travel, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T Intellectual Property II, L.P., Yellow Pages.com, LLC, d/b/a AT&T Interactive, and YellowPages.com, Inc.<br>　　　　　　Plaintiffs,<br>v.<br>Toll Free Yellow Pages Corp., YellowPages.travel, LLC, Internet Labz, Inc., Yellow Pages Corporation, Bobby Kalili, and Michael Thompson, and DOES 1 to 10, inclusive,<br>　　　　　　Defendants, | CASE NO.: CV 09-05707 PSG (PJWx)<br><br>Hon. Philip S. Gutierrez<br>Court Room: 790<br><br>[PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION TO VACATE OR MODIFY THE PRELIMINARY INJUNCTION |
| YellowPages.travel, LLC, a Nevada limited liability company,<br>　　　　　　Counterclaimant,<br>v.<br>AT&T Intellectual Property II, L.P., Yellow Pages.com, LLC, d/b/a AT&T Interactive, and YellowPages.com, Inc. Counter-defendants.<br><br>　　　　　　Counter-defendants. | DATE: DECEMBER 14, 2009<br>TIME: 1:30 p.m.<br>COURT ROOM: 790 |

- 1 –

[PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION TO VACATE/MODIFY PRELIMINARY INJUNCTION
Z:\files\326.091\2\326.091.2.27.doc

# ORDER

GOOD CAUSE having been shown, it is hereby ordered that defendants Yellowpages.travel, LLC and Bobby Kalili's Motion to Vacate or Modify the Preliminary Injunction shall be heard on December 14, 2009 at 1:30 p.m. in Court Room 790, the same date as Plaintiffs' OSC re Contempt.

Dated: _____     _____
HON. PHILIP S. GUTIERREZ
JUDGE OF THE U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

- 2 -

[PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION TO VACATE/MODIFY PRELIMINARY INJUNCTION
Z:\files\326.091\2\326.091.2.27.doc