# EXHIBIT B

# MOHAJERIAN INC.
A PROFESSIONAL LAW CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

1925 CENTURY PARK EAST
SUITE 350
LOS ANGELES, CALIFORNIA 90067

AL MOHAJERIAN‡
HARRY M. BARTH*‡
JOY G. BERUS*
MICHAEL T. SMITH
DARREN P. SALUTE
TRAVIS A. EAGAN

‡A PROFESSIONAL LAW CORPORATION
*OF COUNSEL

TELEPHONE (310) 556-3800
FACSIMILE (310) 556-3817

WWW.MOHAJERIAN.COM
E-MAIL LAWYERS@MOHAJERIAN.COM

## TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Jennifer M. Lantz, Esq.<br>Steven M. Levitan, Esq.<br>Inchan Kwon, Esq. | Al Mohajerian, Esq.<br>MOHAJERIAN, INC. |
| COMPANY:<br>HAYNES AND BOONE, LLP | DATE:<br>NOVEMBER 25, 2009 |
| FAX NUMBER:<br>(408) 660-4251 | TOTAL NO. OF PAGES INCLUDING COVER:<br>3 |
| PHONE NUMBER:<br>(408) 660-4151 | SENDER'S REFERENCE NUMBER:<br>326.091 |
| RE:<br>*AT&T Intellectual Property II, L.P. et al. v. Toll Free Yellow Pages Corp., et al.*; Case No. CV 09-5707 PSG (PJWx) | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ FOR YOUR INFORMATION

NOTES/COMMENTS:

Z:\files\326.091\1\326.091.1.7.doc

EXHIBIT B
PAGE 8

# MOHAJERIAN INC.
A PROFESSIONAL LAW CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

1925 CENTURY PARK EAST
SUITE 350
LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 556-3800
FACSIMILE (310) 556-3817

WWW.MOHAJERIAN.COM
E-MAIL LAWYERS@MOHAJERIAN.COM

AL MOHAJERIAN‡
HARRY M. BARTH*‡
JOY G. BERUS*
MICHAEL T. SMITH
DARREN P. SALUTE
TRAVIS R. EAGAN

‡A PROFESSIONAL LAW CORPORATION
*OF COUNSEL

November 25, 2009

**VIA FAX AND U.S. MAIL**
Jennifer M. Lantz, Esq.
Steven M. Levitan, Esq.
Inchan Kwon, Esq.
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110
Fax: (408) 660-4251

RE: *AT&T Intellectual Property II, L.P., et al. v. Toll Free Yellow Pages Corp., et al.* ; **Case No. CV 09-5707 PSG (PJWx); Our Matter No. 326.091**

Dear Counsel:

Pursuant to Local Rule 7-19, please take notice that defendants Yellowpages.travel, LLC and Bobby Kalili will apply *ex parte* on November 30, 2009 for an order shortening time on defendants' motion to vacate or modify the preliminary injunction against defendants so that their motion can be heard on December 14, 2009, at 1:30 p.m., court room 790, the Hon. Philip S. Gutierrez presiding, the same hearing date as plaintiffs' OSC re contempt against defendants.

Defendants are seeking to vacate or modify the preliminary injunction on grounds including, without limitation, that case law and the balance of equities favors defendants' continued use of the generic term "YELLOW PAGES" which has been held to be generic by the Ninth Circuit and Seventh Circuit Courts of Appeal. [See *Filipino Yellow Pages, Inc. v. Asian Journal Publications, Inc.* 198 F.3d 1143, 1147-1148 (9th Cir. 1999) – "yellow pages is a generic term..."; See also *AmCan Enterprises, Inc. v. Renzi*, 32 F. 3d 233, 234 (7th Cir. 1994) – "Yellow pages has become generic for a local business directory alphabetized by product or service."]

Additionally, the U.S. Patent and Trademark Office has permitted multiple similar registrations of the "FINGERS WALKING" design for use in commerce which permits only a narrow scope of protection for the AT&T trademarks and minor changes in appearance or spelling of defendants' trademarks will avoid infringement. [For example, see *General Mills, Inc. v. Health Valley Foods*, 24 U.S.P.Q.2d 1270, 1277 (T.T.A.B. 1992) – the field of "FIBER"

Z:\files\326.091\1\326.091.1.8.doc

EXHIBIT _B_
PAGE _9_

# MOHAJERIAN INC.
A PROFESSIONAL LAW CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

Jennifer M. Lantz, Esq.
AT&T v. Toll Free Yellow Pages, et al.
November 25, 2009
326.091
Page 2 of 2

composite marks for foods is crowded, such that there is no likely confusion between FIBER ONE and FIBER 7 FLAKES both for breakfast cereals high in fiber; See also *Carefirst of Maryland, Inc. v. FirstHealth of the Carolinas, Inc.* 77 U.S.P.Q.2d 1492, 1510 (T.T.A.B. 2005) – No confusion likely between senior use "CAREFIRST" and junior user "FIRSTCAROLINA CARE" for competitive health care plans because the healthcare insurance field is crowded with marks containing the terms "care" and "first."]

Also, plaintiffs have unreasonably delayed in filing suit against defendants supporting a finding of laches and defendants will suffer irreparable harm to their substantial investments in the good will of their business if the preliminary injunction is not vacated or modified to be consistent with Ninth Circuit case law. [See *Golden West Brewing Co. v. Milonas & Sons, Inc.*, 104 F.2d 880, 882 (9th Cir. 1939); See also *Miller v. Glenn Miller Prods.*, 318 F. Supp. 2d 923, 944 (C.D. Cal. 2004) affirmed at 454 F.3d 975 (9th Cir. 2006) - finding laches because of the "tremendous loss of good will defendant would suffer . . . if now forced to discontinue selling merchandise and operating or sublicensing [the trademark]."]

Please advise at your earliest convenience if you intend to oppose this *ex parte* application. Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

AL MOHAJERIAN

AM/mm

Z:\files\326.091\1\326.091.1.8.doc

EXHIBIT B
PAGE 10

# Fax Confirmation Report

| | | |
|---|---|---|
| Date/Time | : | NOV-25-2009 12:51PM WED |
| Fax Number | : | 13105563817 |
| Fax Name | : | MOHAJERIAN INC. |
| Model Name | : | WorkCentre 4150 |

Total Pages Scanned:     3

| No. | Remote Station | StartTime | Duration | Page | Mode | Job Type | Result |
|---|---|---|---|---|---|---|---|
| 001 | 14086604251 | 11-25 12:49PM | 01'30 | 003/003 | G3 | HS | CP |

Abbreviations:
HS:Host Send      PL:Polled Local    CP:Completed        TS:Terminated by System
HR:Host Receive   PR:Polled Remote   FA:Fail             RP:Report                G3:Group3
WS:Waiting Send   MS:Mailbox Save    TU:Terminated by User   EC:Error Correct     MP:Mailbox Print

---

**MOHAJERIAN INC.**
A PROFESSIONAL LAW CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

1925 CENTURY PARK EAST
SUITE 350
LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 556-3800
FACSIMILE (310) 556-3817
WWW.MOHAJERIAN.COM
E-MAIL LAWYERS@MOHAJERIAN.COM

AL MOHAJERIAN
HARRY M. BARTH
JOY O. BERUS
MICHAEL T. SMITH
DAPREH P. SALUTE
TRAVIS A. LAGAH

## TRANSMITTAL SHEET

| TO | FROM |
|---|---|
| Jennifer M. Lantz, Esq.<br>Steven M. Levitan, Esq.<br>Inchan Kwon, Esq. | Al Mohajerian, Esq.<br>MOHAJERIAN, INC. |
| COMPANY<br>HAYNES AND BOONE, LLP | DATE<br>NOVEMBER 25, 2009 |
| FAX NUMBER<br>(408) 660-4251 | TOTAL NO. OF PAGES INCLUDING COVER<br>3 |
| PHONE NUMBER<br>(408) 660-4151 | SENDER'S REFERENCE NUMBER<br>326.091 |
| RE:<br>AT&T Intellectual Property II, L.P., et al. v. Toll Free Yellow Pages Corp., et al.; Case No. CV 09-5707 PSG (PJWx) | YOUR REFERENCE NUMBER |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ FOR YOUR INFORMATION

NOTES/COMMENTS.

Z:\files\326.091\1\326.091.1.7.doc

EXHIBIT __B__
PAGE __11__